

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00134-CV

Fred **BEEBE**,
Appellant

v.

City of San Antonio Through its agent, **CITY PUBLIC SERVICE BOARD OF SAN ANTONIO** d/b/a CPS Energy,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-08789
Honorable Martha B. Tanner, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee City of San Antonio through its Agent, City Public Service Board of San Antonio d/b/a/ CPS Energy recover its costs of appeal from Appellant Fred Beebe.

SIGNED September 10, 2014.

_____
Karen Angelini, Justice